THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. FRANK M. BLACK ET AL., PLAINTIFFS IN ERROR.

Submitted July 10, 1916—Decided November 20, 1916,

On appeal from the Supreme Court, whose opinion is reported in 86 *N. J. L.* 520.

For the plaintiffs in error, *Henry C. Hunt.*

For the defendant in error, *William A. Dolan.*

PER CURIAM.

The Supreme Court in dealing with this case (86 *N. J. L.* 520) correctly pointed out that the defendant's motion to

direct an acquittal, made at the close of the state's case, was not renewed at the end of the case. Mr. Justice Kalisch, speaking for the Supreme Court, then proceeded to declare that "even if the motion had been renewed at the end of the case, it would not have availed Curts."

We have not considered the propriety of that declaration because the question is not involved in the decision, and respecting it we express no opinion.

In all other respects we approve of the opinion.

The judgment of the Supreme Court, affirming that of the Sussex Quarter Sessions, will be affirmed.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 12.

*For reversal*—None.